**94-2701.** Disciplinary Counsel v. Pagac. On motion for order to show cause why George B. Sofranko, Jr. should not be held in contempt, motion to strike (dismiss) motion to show cause and, motion for sanctions. Motion to strike granted.

WRIGHT, J., not participating.

**95-1843.** In re Neal. Pursuant to the provisions of Gov.Bar R. V(5)(A)(3), Jerry Allen Neal of Dublin, Ohio, Attorney Registration No. 0062633, is indefinitely suspended from the practice of law in the state of Ohio.

WRIGHT, J., not participating.

**95-1844.** In re Pugh. Pursuant to the provisions of Gov.Bar R. V(5)(A)(3), Terry Paul Pugh of Columbus, Ohio, Attorney Registration No. 0022942, is indefinitely suspended from the practice of law in the state of Ohio.

## MISCELLANEOUS DISMISSALS

**95-1203.** State ex rel. McCann v. Indus. Comm. *Franklin County,* No. 94APD04-508. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective September 26, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.